UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 24-CR-531-RC |
| PETER MALONE | : |
| Defendant. | : |

## ORDER

Pursuant to the motion filed by the United States, ECF 31, it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 22nd day of January, 2025.

_____
HONORABLE RUDOLPH CONTRERAS
United States District Court Judge